ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JAN -8 AM 11: 32

CLERK _____
SO. DIST. OF GA.

# United States District Court
## Southern District of Georgia

Christina Bazemore

_____
Plaintiff

v.

Jefferson Capital Systems, LLC

_____
Defendant

Case No. 3:14-cv-00115-DHB-BKE

Appearing on behalf of

Defendant

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is GRANTED.

This 8th day of Jan., 2015.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Paul J. Catanese |
| Business Address: | McGuireWoods LLP |
| | Firm/Business Name |
| | 77 West Wacker Drive, Suite 4100 |
| | Street Address |
| | Chicago    IL    60601 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | 312.849.8100 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | pcatanese@mcguirewoods.com |