IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CHRISTINA BAZEMORE, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 314-115 |
| JEFFERSON CAPITAL SYSTEMS, LLC, | ) ) | |
| Defendant. | ) | |

**O R D E R**

The undersigned conducted a telephone conference today to discuss the discovery plan outlined in the parties' Rule 26(f) Report. Immediately preceding the conference, Defendant filed its motion to compel arbitration and stay proceedings, which is pending before U.S. District Judge Dudley H. Bowen, Jr. Upon consideration of the parties' positions as expressed during the conference, and at the direction of Judge Bowen, the Court hereby **ORDERS** Plaintiff to file any brief in opposition to the motion to compel arbitration and stay proceedings within fourteen days, as contemplated by Local Rule 7.5. In particular, the parties' opposition and reply briefs should address whether the arbitration agreement touches the specific claims asserted in the Amended Complaint for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, and for unjust enrichment under state common law. Judge Bowen will conduct oral argument

concerning the motion as soon as practicable. The Court hereby stays all discovery pending a ruling on the motion to compel arbitration and stay proceedings.

SO ORDERED this 9th day of January, 2015, at Augusta, Georgia.

*[signature]*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA