ORIGINAL

FILED U.S. DISTRICT COURT AUGUSTA DIV. 2015 JUN -9 PM 2:53 CLERK CAdams SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| CHRISTINA BAZEMORE, on behalf of herself and all others similarly situated, | * * * * | |
| Plaintiff, | * * | CV 314-115 |
| v. | * * | |
| JEFFERSON CAPITAL SYSTEMS, LLC, | * * | |
| Defendant. | * | |

### O R D E R

On May 11, 2015, this Court denied Defendant Jefferson Capital Systems, LLC's motion to compel arbitration. Presently, Jefferson Capital seeks a stay of the case pending an appeal to the Eleventh Circuit Court of Appeals. The motion is unopposed. Upon due consideration, the motion to stay the case pending appeal is hereby **GRANTED**.

**ORDER ENTERED** at Augusta, Georgia, this ___ day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE