# ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 JUL 27 PM 2:27

CLERK _____
SO. DIST. OF GA.

# United States District Court
## *Southern District of Georgia*

CHRISTINA BAZEMORE,

_____
Plaintiff

Case No.  3:14-cv-00115-DHB-BKE

v.

JEFFERSON CAPITAL
SYSTEMS, INC.,

_____
Defendant

Appearing on behalf of

_Jefferson Capital Systems, Inc._
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, Petitioner's request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is GRANTED.

This 27th day of July, 2015.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\* \* \* \* \*

NAME OF PETITIONER:  Bryan C. Shartle
_____

Business Address:  Sessions, Fishman, Nathan & Israel, LLC
_____
Firm/Business Name

3850 North Causeway Boulevard, Suite 200
_____
Street Address

| | Metairie | LA | 70002 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |
| (504) 828-3700 | | n/a | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:  bshartle@sessions-law.biz
_____