IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 AUG 15  PM 12: 29

CLERK _____
SO. DIST. OF GA.

CHRISTINA BAZEMORE, on behalf    *
of herself and all others    *
similarly situated,    *
   *
     Plaintiff,    *     CV 314-115
   *
   v.    *
   *
JEFFERSON CAPITAL SYSTEMS, LLC,    *
   *
     Defendant.    *

O R D E R

On May 11, 2015, this Court denied Defendant Jefferson Capital Systems, LLC's motion to compel arbitration. Thereafter, this case was stayed pending an appeal to the Eleventh Circuit Court of Appeals. The Eleventh Circuit has now affirmed the denial of compelled arbitration albeit on alternative grounds. (See Bazemore v. Jefferson Capital Systems, LLC, No. 15-12607 (11th Cir. July 5, 2016), Doc. No. 43.)

Accordingly, **IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**IT IS FURTHER ORDERED** that the stay in this case is hereby lifted and the case is placed on the active docket of this Court. The Court notes that the United States Magistrate

Judge recently denied a further stay requested by Defendant and  entered a Scheduling Order to govern proceedings in this case henceforth.

**ORDER ENTERED** at Augusta, Georgia, this _____ day of August, 2016.


_____
UNITED STATES DISTRICT JUDGE

2