IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

```
CHRISTINA BAZEMORE, on behalf    *
of herself and all others        *
similarly situated,              *
                                 *
        Plaintiff,                *
                                 *
   v.                             *    CV 314-115
                                 *
JEFFERSON CAPITAL                *
SYSTEMS, LLC,                    *
                                 *
        Defendant.                *
```

O R D E R

Presently before the Court is the parties' Joint Motion to Stay the Case Pending Mediation. (Doc. No. 50.) Upon due consideration, the parties' motion (doc. no. 50) is **GRANTED**. All proceedings in this matter are hereby **STAYED** for **ninety (90) days** from the date of the entry of this Order. Any deadlines falling within the duration of this stay, including Plaintiff's response to Defendant's Renewed Motion to Compel Arbitration (doc. no. 49) and Defendant's obligation to furnish its expert witness report(s), are hereby tolled during the pendency of this stay. All other deadlines or other requirements set forth in the Scheduling Order (doc. no. 46) not falling within the duration of this stay shall remain in full force and effect. Notwithstanding the foregoing, either party may apply to this Court before the end of ninety (90) days to lift the stay imposed hereby.

**ORDER ENTERED** at Augusta, Georgia, this \_\_5th\_\_ day of October, 2016.

/s/ *signature*
UNITED STATES DISTRICT JUDGE