IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| CHRISTINA BAZEMORE, on behalf of herself and all others similarly situated, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 314-115 |
| JEFFERSON CAPITAL SYSTEMS, LLC, | * * * | |
| Defendant. | * | |

**O R D E R**

The Court stayed this case pending the Supreme Court's resolution of Midland Funding, LLC v. Johnson. (Doc. No. 53.) Because the Supreme Court has issued its decision, see Midland Funding, LLC v. Johnson, __ S. Ct. __, 2017 WL 2039159 (2017), the Court now **VACATES** the **STAY** in the present case. Accordingly, the parties are now free to file any appropriate motions, briefs of argument, or other filings in light of the Supreme Court's decision in Midland Funding, LLC.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of May, 2017.

UNITED STATES DISTRICT JUDGE