# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

| | |
|---|---|
| CHRISTINA BAZEMORE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC<br><br>Defendant. | **Civil Action No.: 3:14-cv-00115-DHB-BKE** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Christina Bazemore, and Defendant Jefferson Capital Systems, LLC, hereby jointly stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant, dismissal of the claims of the class without prejudice, with each side to bear its own fees and costs.

**DATE:**          **SO ORDERED**    _____
                                                  **JUDGE/CLERK**

*[Party signatures on following page]*

Respectfully submitted and stipulated to by,

/s/ Wendi Fassbender
Wendi Erin Fassbender, Esq.
GA Bar No. 179133
Sessions, Fishman, Nathan & Israel
3001 Lookout Place NE
Atlanta, GA 30305
Telephone: 678-209-7492
Fax: 877-480-5639
Email: wfassbender@sessions.legal

Michael D. Alltmont, Esq. (admitted PHV)
LA Bar No. 32318
Bryan Shartle, Esq. (admitted PHV)
SESSIONS FISHMAN NATHAN & ISRAEL, LLC
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
E-mail: malltmont@sessions.legal
         bshartle@sessions.legal

*Attorneys for Jefferson Capital Systems, LLC*

/s/Christopher A. Cosper
Christopher A. Cosper
David E. Hudson
Hull Barrett, PC
P.O. Box 1564
Augusta, GA 30903-1564
706-722-4481
Fax: 706-722-9779
Email: ccosper@hullbarrett.com
         dhudson@hullbarrett.com

Attorneys for Plaintiff Christina Bazemore

## **CERTIFICATE OF SERVICE**

I certify that on August 17, 2017, a copy of the foregoing **Stipulation of Dismissal** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Wendi Fassbender
Attorney