IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

CHRISTINA BAZEMORE, on behalf
of herself and all others
similarly situated,

    Plaintiff,

v.      CV 314-115

JEFFERSON CAPITAL
SYSTEMS, LLC,

    Defendant.

## O R D E R

Before the Court is the parties' stipulation of dismissal. (Doc. No. 58.) The stipulation is signed by all parties who have appeared in the case. (Id.) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED**.[1] The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of August, 2017.

                              UNITED STATES DISTRICT JUDGE

---

[1] In their stipulation, the parties state that they "jointly stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant, dismissal of the claims of the class without prejudice, with each side to bear its own fees and costs." (Doc. 58, at 1.)